IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY HOWARD, ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | Case No. 4:13 CV 2518 CEJ |
| vs. ) | |
| ) | |
| RJH ENTERPRISES, LLC, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim Plaintiff. ) | |

## JOINT NOTICE OF RESOLUTION

The parties, through counsel, file this Joint Notice to alert the Court that they have reached an agreement in principal that resolves this matter. Within the next two weeks, the plaintiff and defendant intend to file a joint notice of dismissal of all claims and counterclaims with prejudice. The parties alert the Court of this development for purposes of judicial efficiency given that there are pending motions that no longer need to be ruled upon by the Court.

Respectfully Submitted,

| **BRYAN CAVE LLP** | **WAGSTAFF & CARTMELL LLP** |
|---|---|
| /s/ Charles B. Jellinek | /s/ Tyler W. Hudson |
| Charles B. Jellinek, E.D.Mo. No. 44462 | Tyler W. Hudson         (admitted *pro hac vice*) |
| One Metropolitan Square | Christopher L. Schnieders    MO Bar No. 57725 |
| 211 No. Broadway, Suite 3600 | 4740 Grand Avenue, Suite 300 |
| St. Louis, MO 63102 | Kansas City, MO  64112 |
| (314) 259-2000 - Phone | (816) 701-1100 - Phone |
| (314) 259-2020 – Fax | (816) 531-2372 – Fax |
| cbjellinek@bryancave.com | thudson@wcllp.com |
| | cschnieders@wcllp.com |
| **ATTORNEYS FOR DEFENDANT / COUNTERCLAIM PLAINTIFF** | **ATTORNEYS FOR PLAINTIFF / COUNTERCLAIM DEFENDANT** |