# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| COREY HOWARD, ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant, ) | Case No. 4:13 CV 2518 CEJ |
| vs. ) | |
| ) | |
| RJH ENTERPRISES, LLC, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim Plaintiff. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, through counsel, jointly stipulate to the voluntary dismissal of this action, including all claims and counterclaims, with prejudice.

Respectfully Submitted,

| **BRYAN CAVE LLP** | **WAGSTAFF & CARTMELL LLP** |
|---|---|
| /s/ Charles B. Jellinek | /s/ Tyler W. Hudson |
| Charles B. Jellinek, E.D.Mo. No. 44462 | Tyler W. Hudson  (admitted *pro hac vice*) |
| One Metropolitan Square | Christopher L. Schnieders   MO Bar No. 57725 |
| 211 No. Broadway, Suite 3600 | 4740 Grand Avenue, Suite 300 |
| St. Louis, MO 63102 | Kansas City, MO  64112 |
| (314) 259-2000 - Phone | (816) 701-1100 - Phone |
| (314) 259-2020 – Fax | (816) 531-2372 – Fax |
| cbjellinek@bryancave.com | thudson@wcllp.com |
| | cschnieders@wcllp.com |
| **ATTORNEYS FOR DEFENDANT / COUNTERCLAIM PLAINTIFF** | **ATTORNEYS FOR PLAINTIFF / COUNTERCLAIM DEFENDANT** |