UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COREY HOWARD, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:13-CV-2518 (CEJ) |
| RJH ENTERPRISES, LLC, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

In accordance with the parties' joint stipulation of dismissal of all claims and counterclaims [Doc. #40],

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice.  See Fed. R. Civ. P. 41(a)(2).  The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of October, 2014.